# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| No. 25-5248 | September Term, 2024 |
| | 1:25-cv-01643-APM |
| | Filed On: July 14, 2025 |

Vera Institute of Justice, et al.,

      Appellants

  v.

United States Department of Justice, et al.,

      Appellees

**BEFORE:** Millett, Pillard, and Rao, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for injunction pending appeal, it is

**ORDERED**, on the court's own motion, that appellees file a response to the emergency motion by Monday, July 21, 2025, and that appellants file any reply by Monday, July 28, 2025.

### Per Curiam

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

            BY:   /s/
                    Selena R. Gancasz
                    Deputy Clerk