# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-5248**  **September Term, 2024**

1:25-cv-01643-APM

**Filed On:** August 1, 2025

Vera Institute of Justice, et al.,

     Appellants

  v.

United States Department of Justice, et al.,

     Appellees


    **BEFORE:**  Henderson, Wilkins, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the emergency motion for injunction pending appeal, the opposition thereto, and the reply; the amicus brief, which is construed to contain a motion for leave to participate as amicus curiae; and the motion to expedite the case, it is

**ORDERED** that the motion for leave to participate as amicus curiae be granted. It is

**FURTHER ORDERED** that the emergency motion for injunction pending appeal be denied. Appellants have not satisfied the stringent requirements for an injunction pending appeal. See Winter v. Nat. Res. Def. Council, Inc., 555 U.S. 7, 20 (2008); D.C. Circuit Handbook of Practice and Internal Procedures 33 (2024). In particular, appellants have not substantiated their claims of irreparable harm. See, e.g., Wis. Gas Co. v. FERC, 758 F.2d 669, 674 (D.C. Cir. 1985) (per curiam). It is

**FURTHER ORDERED** that the motion to expedite be granted. The following briefing schedule will apply in this case:

| | |
|---|---|
| Appellants' Brief | August 11, 2025 |
| Appendix | August 11, 2025 |
| Appellees' Brief | September 2, 2025 |
| Appellants' Reply Brief | September 8, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5248**                                                                             **September Term, 2024**

      The Clerk is directed to schedule this case for oral argument on the first appropriate date following the completion of briefing. The parties will be informed later of the date of oral argument and the composition of the merits panel.

      Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

      To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. <u>See</u> <u>D.C. Circuit Handbook of Practice and Internal Procedures</u> 43-44 (2024); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. <u>See</u> Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. <u>See</u> D.C. Cir. Rule 28(a)(8).

**<u>Per Curiam</u>**

                                                         **FOR THE COURT:**
                                                         Clifton B. Cislak, Clerk

                                  BY:   /s/
                                                         Selena R. Gancasz
                                                         Deputy Clerk