# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5248**　　　　　　　　　　　　　　　　**September Term, 2025**

**1:25-cv-01643-APM**

**Filed On: September 5, 2025** [2133738]

Vera Institute of Justice, et al.,

    Appellants

    v.

United States Department of Justice, et al.,

    Appellees

## O R D E R

Upon consideration of appellees' August 19, 2025 letter, it is

**ORDERED**, on the court's own motion, that this case is removed from the October 21, 2025 oral argument calendar and is rescheduled for oral argument on October 14, 2025.

### Per Curiam

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                          BY:    /s/
                                      Michael C. McGrail
                                      Deputy Clerk