# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5248**                                          **September Term, 2025**

                                                                        1:25-cv-01643-APM

                                              **Filed On: October 1, 2025** [2138230]

Vera Institute of Justice, et al.,

      Appellants

    v.

United States Department of Justice, et al.,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of this case scheduled for October 14, 2025, at 9:30 A.M.:

    Appellants    -    15 Minutes

    Appellees    -    15 Minutes

One counsel per side to argue. The panel considering this case will consist of Chief Judge Srinivasan, and Circuit Judges Katsas and Rao.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by October 3, 2025.

**Per Curiam**

        **FOR THE COURT:**
        Clifton B. Cislak, Clerk

    BY:    /s/
        Michael C. McGrail
        Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)