# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5248**　　　　　　　　　　　　　　　　　**September Term, 2025**

**1:25-cv-01643-APM**

**Filed On: October 14, 2025** [2140036]

Vera Institute of Justice, et al.,

    Appellants

  v.

United States Department of Justice, et al.,

    Appellees

**BEFORE:**    Chief Judge Srinivasan, and Circuit Judges Katsas and Rao

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, October 14, 2025 at 9:32 a.m. The cause was heard as case No. 2 of 2 and argued before the Court by:

  Lisa Newman, counsel for Appellants.

  Brian J. Springer (DOJ), counsel for Appellees.

                             **FOR THE COURT:**
                             Clifton B. Cislak, Clerk

              BY:    /s/
                         Anne A. Rothenberger
                         Deputy Clerk